UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Donald Rosa,

                Plaintiff,                21 **CIVIL** 5571 (NSR)(PED)

    -v-                                 **JUDGMENT**

Andrew Saul
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 14, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        April 15, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                    **BY:**

                                                           **Deputy Clerk**